# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2013

Robert P. Young, Jr.,
Chief Justice

146518 & (45)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                   SC: 146518
                                   COA: 305491

MARY-LYN RAE DANIELAK,
        Defendant-Appellant.

                                   Jackson CC: 10-006208-FH

_____/

      On order of the Court, the application for leave to appeal the November 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2013                                            _____

t0515                                                  Clerk